### CORBIN v. SHARROCK.

No. 11739—Opinion Filed Sept. 25, 1923.

Appeal and Error — Briefs—Necessity For—Dismissal.

Where a cause has been regularly assigned for submission and the plaintiff in error fails to file brief or offer any excuse for such failure, it will be presumed that the appeal has been abandoned and the same will be dismissed.

(Syllabus by Estes, C.)

Commissioners' Opinion, Division No. 2.

Error from District Court, Johnston County; J. H. Linebaugh, Judge.

Action by W. W. Corbin against Wade Sharrock for immediate possession of cattle wrongfully detained. Judgment for defendant in the sum of $150 for damages by trespass of said cattle, and plaintiff appeals. Dismissed.

Cornelius Hardy, for plaintiff in error.

Ratliff & Ratliff, for defendant in error.

Opinion by ESTES, C. This cause was filed in this court on September 20, 1920; notice to file brief on or before July 1, 1923, was given plaintiff in error on the 25th day of April, 1923, and on July 31, 1923, this cause was assigned for submission. No brief having been filed by plaintiff in error in obedience to Rule 7 of this court, nor any excuse offered by him for such failure, it will be presumed that the appeal has been abandoned and the same should be dismissed, and it is so ordered.

By the Court: It is so ordered.